UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON ZERINGUE | CIVIL ACTION |
| VERUS | NO. 09-2783 |
| THE JEFFERSON PARISH SHERIFF'S OFFICE, ET AL | SECTION "F" (4) |

### ANSWER TO COMPLAINT

**NOW INTO COURT,** through undersigned counsel, come defendants, Russell Lloyd and Wayne Lawrence, for the purpose of answering the plaintiff's Complaint and asserting the following Affirmative Defenses:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim for which this court may grant relief.

### SECOND DEFENSE

The individually named officers, namely, Russell Lloyd and Wayne Lawrence, each plead both aspects of qualified immunity with respect to the plaintiff's claims - that being immune from suit and being immune from liability.

### THIRD DEFENSE

All actions taken by the defendants herein were reasonable under the circumstances and were supported by probable cause.

**FOURTH DEFENSE**

The defendants herein answer the specific allegations of plaintiff's Complaint as follows, to-wit:

I.

The allegations contained in Paragraph No. 1 of plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

II.

The allegations contained in Paragraph No. 2 plaintiff's Complaint are admitted insofar as said allegations pertain to defendants Russell Lloyd and Wayne Lawrence. All other allegations require no response from these defendants; however, out of an abundance of caution, said allegations are denied.

III.

The allegations contained in Paragraph No. 3 of plaintiff's Complaint state conclusions of law and hence require no response from these defendants; however, out of an abundance of caution, said allegations are denied.

IV.

The allegations contained in Paragraph No. 4 of plaintiff's Complaint are denied as written.

V.

The allegations contained in Paragraph No. 5 of plaintiff's Complaint are denied as written.

VI.

The allegations contained in Paragraph No. 6 of plaintiff's Complaint are admitted.

## VII.

The allegations contained in Paragraph No. 7 of plaintiff's Complaint are denied as written.

## VIII.

The allegations contained in Paragraph No. 8 of plaintiff's Complaint are denied.

## IX.

The allegations contained in Paragraph No. 9 of plaintiff's Complaint are denied.

## X.

The allegations contained in Paragraph No. 10 of plaintiff's Complaint are denied.

## XI.

The allegations contained in Paragraph No. 11 of plaintiff's Complaint are denied.

## XII.

The allegations contained in Paragraph No. 12 of plaintiff's Complaint are denied.

## XIII.

The allegations contained in Paragraph No. 13 of plaintiff's Complaint are denied as pertains defendants Lloyd and Lawrence. All other allegations are denied for lack of sufficient information to justify a belief therein.

## XIV.

The allegations contained in Paragraph No. 14 of plaintiff's Complaint are denied.

## XV.

The allegations contained in Paragraph No. 15 of plaintiff's Complaint are denied.

## XVI.

The allegations contained in Paragraph No. 16 of plaintiff's Complaint are denied.

XVII.

The allegations contained in Paragraph No. 17 of plaintiff's Complaint are denied.

XVIII.

The allegations contained in Paragraph No. 18 of plaintiff's Complaint require no response from these defendants; however, out of an abundance of caution, said allegations are denied.

XIX.

The allegations contained in Paragraph No. 19 of plaintiff's Complaint are denied.

XX.

The allegations contained in Paragraph No. 20 of plaintiff's Complaint are denied.

XXI.

The allegations contained in Paragraph No. 21 of plaintiff's Complaint require no response from these defendants; however, these defendants admit that plaintiff is entitled to a trial by jury.

**FOURTH DEFENSE**

All of the acts and actions by all defendants herein were reasonable under the circumstances and do not support any type of valid *Monell* claim in this matter.

**FIFTH DEFENSE**

All of the acts and actions by the defendants herein were reasonable under the circumstances and do not support a claim under a theory of *respondeat superior*.

**SIXTH DEFENSE**

The defendants plead the comparative fault of the plaintiff in this matter, as the plaintiff failed to respond to and/or obey lawful orders from the defendants herein. Accordingly, any alleged injuries as a result thereof are solely the fault of the plaintiff.

**SEVENTH DEFENSE**

The defendants by virtue of plaintiff's own admissions contained in the Complaint preclude any causes of action asserting false arrest as same are extinguished and do not exist by virtue of the fact that plaintiff has pled guilty/nolo contendre to charges resulting from the incident herein.

**EIGHTH DEFENSE**

The defendants herein affirmatively plead that any of the plaintiff's alleged damages were not caused by any negligence and/or fault on their part. Rather, the purported injuries sued upon were caused solely due to the fault and negligence of the plaintiff thereby barring or reducing any recovery by plaintiff herein.

**NINTH DEFENSE**

In the alternative, and only in the event that this Honorable Court finds any negligence and/or fault on the part of any of the named defendants, which is specifically denied, then the defendants aver that a contributing cause of the alleged injuries was the negligence of each plaintiff which should be considered in the assessment and apportionment of damages.

**TENTH DEFENSE**

The defendants plead the limitations set forth in Louisiana Civil Code Article 2324.

**ELEVENTH DEFENSE**

The individual defendants each submit that they are unable to pay any punitive or exemplary damages that may result from this case.

**TWELFTH DEFENSE**

The defendants herein submit that the claims of the plaintiff are frivolous, groundless and/or unreasonable and, as such, the defendants herein are entitled to an award against the plaintiff for all attorney's fees and costs expended in this matter, pursuant to 42 USC §1988.

## RESERVATION OF RIGHTS

To the extent permitted by law, defendants, Russell Lloyd and Wayne Lawrence, reserve their right to supplement and amend this answer and to assert additional affirmative defenses as future discovery may warrant and require.

WHEREFORE, defendants, Russell Lloyd and Wayne Lawrence, pray that this answer be deemed good and sufficient and that, after due proceedings are had that there be judgment herein in favor of defendants, Russell Lloyd and Wayne Lawrence, and against the plaintiff, Jason Zeringue, dismissing plaintiff's claim with prejudice and at his cost.

Respectfully submitted,

    */s/ Franz L. Zibilich*
FRANZ L. ZIBILICH (14914)
Attorney for Defendants, Russell Lloyd and
Wayne Lawrence
131 Airline Drive, Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
E-Mail Address: fzibilich@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: _____.

    */s/ Franz L. Zibilich*
FRANZ L. ZIBILICH (14914)
Attorney for Defendants, Russell Lloyd and
Wayne Lawrence
131 Airline Drive - Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
E-Mail Address: fzibilich@bellsouth.net